# Law Office of Eric M. Mark



96 Summer Ave., Fl. 1

Newark, NJ 07104

Phone: 973-306-4246

Fax:    973-339-3404

EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

Hon. Evelyn Padin, U.S.D.J.                    Feb. 20, 2026
By ECF

Re:    USA v. Chambers
       Case Number: 2:26-cr-72-EP

Dear Judge Padin,

The only reason Mr. Chambers is being processed for "release" is because I contacted the U.S. Marshal's and emailed the Court's orders. Despite this, Mr. Chambers is being held for transfer to ICE based on the same mistaken and illegal detainer upon which ICE accosted him resulting in the case before this Court. The US Attorney had months to produce any evidence that Mr. Chambers was subject to Megan's Law and failed to register for Megan's Law. Instead, the US Attorney ghosted this Court as if it was a bad date.

Now, Mr. Chambers is subject to further wrongful detention and ICE shipping him across the country where his family cannot even visit him. While it is an unorthodox request and one this Court has not seen before, this Court and this country have never before seen such blatant unconstitutional acts by its law enforcement and such disrespect to the Courts so as not to even respond to this Court's orders during a criminal prosecution. While it may be an unusual request, I ask the Court to Order Mr. Chambers release from ICE custody to prevent further wrongdoing.

I have previously submitted these materials with other filings, but submit them again for Your Honor's urgent review before Mr. Chambers rights and freedom are further trampled on without any justification having been presented by the Government.

I am including the order vacating his conviction that made him removable, the motion to reopen, the motion to terminate, the BIA's order to reopen his removal proceedings, and my email to the U.S. Marshal. These documents show he is not subject

to a final order of removal and the only reason ICE is detaining him is due to errors in their records that they refuse to correct, and that <u>the government had no intention of complying with this Court's order to release him</u>.

As ICE is going to detain him and whisk him away over the weekend, this is the only option to address the further abuse of Mr. Chambers in time.

Respectfully submitted,

<u>/s/ Eric M. Mark</u>

Eric M. Mark, Esq.

Attorney for Cloyd Chambers

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*



*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**CHAMBERS, CLOYD**
**114 WOODLAND ROAD**
**PISCATAWAY  NJ  08854**

**DHS/ICE Office of Chief Counsel - ELZ**
**625 Evans Street, Room 135**
**Elizabeth NJ 07201**

**Name: CHAMBERS, CLOYD**                    **A 203-147-667**

**Date of this Notice:    5/15/2023**

Enclosed is a copy of the Board's decision in the above-referenced case. If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of this decision.

Sincerely,

Donna Carr

Donna Carr
Chief Clerk

Enclosure

Userteam:  <u>Docket</u>

**NOT FOR PUBLICATION**

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

---

MATTER OF:

Cloyd CHAMBERS, A203-147-667

Respondent

<div style="border:1px solid">

**FILED**
May 15, 2023

</div>

---

ON BEHALF OF RESPONDENT:  Pro se

ON BEHALF OF DHS:  Dominic A. Gabene, Assistant Chief Counsel

IN REMOVAL PROCEEDINGS
On Motion from a Decision of the Board of Immigration Appeals

Before: Grant, Appellate Immigration Judge

GRANT, Appellate Immigration Judge

ORDER:

This case was last before us on October 14, 2021, when we dismissed the respondent's appeal. The respondent has now filed a motion to reopen and terminate his proceedings.[1] The Department of Homeland Security (DHS) opposes termination, but the DHS has filed its own motion to remand. Under these circumstances, the proceedings are reopened sua sponte, and the record is remanded for further proceedings. On remand, both parties may make additional arguments.

---

[1] Although an attorney submitted the respondent's filings, the attorney has not submitted a Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27). The Board notified the attorney that a Form EOIR-27 was lacking.

# Law Office of Eric M. Mark



Phone: 973-453-2009

201 Washington St.

Fax:    973-309-7079

Newark, NJ 07102

[EricM@EricMarkLaw.com](mailto:EricM@EricMarkLaw.com)

Associate Attorney Marisol Conde-Hernandez (MarisolCH@EricMarkLaw.com)

**United States Department of Justice**

**Executive Office for Immigration Review**

**Board of Immigration Appeals**

| | |
|---|---|
| In the Matter of:<br><br>Cloyd Chambers<br><br><br>IN REMOVAL PROCEEDINGS | File No.:     A 203 147 667<br><br>Not Detained |

Next Hearing: None

MOTION TO REOPEN

Law Office of Eric M. Mark  Phone: 973-453-2009

201 Washington St.                           Fax:    973-309-7079

Newark, NJ 07102                             EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez (MarisolCH@EricMarkLaw.com)

<div align="center">

**United States Department of Justice**

**Executive Office for Immigration Review**

**Board of Immigration Appeals**

</div>

| | |
|---|---|
| In the Matter of:<br><br>Cloyd Chambers<br><br><br>IN REMOVAL PROCEEDINGS | File No.:    A 203 147 667<br><br>Not Detained |

<div align="center">

**MOTION TO REOPEN**

</div>

Mr. Chambers, by and through his attorney of record, Eric M. Mark, Esq., respectfully submits this Motion to Reopen the Respondent's case before this Court.

<div align="center">

**JURISDICTION**

</div>

This Court has proper jurisdiction of this Motion to Reopen because it is the court that entered the final removal order on December 13, 2021 and has administrative control over the record of proceeding. 8 C.F.R. § 1003.23(b)(1)(ii).

<div align="center">

1

</div>

**RELIEF SOUGHT**

The purpose of this motion is for this Board to Reopen proceedings and to terminate proceedings based on the simultaneously submitted motion to terminate because the Respondent is no longer removable after his convictions for Possession of Controlled Substances in violation of NJSA 2C:35-5 and Eluding in violation of NJSA 2C:29-2 were vacated due to substantive defects in the underlying criminal proceedings.

**DISCUSSION**

Mr. Chambers was admitted to the US as a visitor on April 27, 2007. He became a lawful permanent resident on January 25, 2011. He was convicted of aggravated assault in violation of NJSA 2C:12-1b and related offenses on April 14, 2014. On December 2, 2020, he was convicted of Eluding in violation of NJSA 2C:29-2, possession of a controlled substance in violation of NJSA 2C:35-5, and possession of a firearm in violation of NJSA 2C:39-5b. On February 10, 2021, the DHS issued a Notice to Appear charging removability for convictions for two crimes involving moral turpitude. On May 31, 2021, the immigration judge pretermitted all submitted forms of relief and ordered Mr. Chambers removed. This Board dismissed Mr. Chambers's appeal on October 14, 2021.

Subsequenty, Mr. Chambers filed a Petition for Review at the Third Circuit Court of Appeals. Mr. Chambers also petitioned the Superior Court of New Jersey for Post-Conviction relief related to the December 2, 2020 convictions. The Third Circuit held the PFR in abeyance pending the outcome of the PCR. On August 22, 2022, the Superior Court granted Mr. Chambers's petition based on "substantive defects in the proceedings violative of the United States and New Jersey Constitutions." Exhibit A: Order Granting Post Conviction Relief.

2

3

Acknowledging that Mr. Chambers is no longer removable after the granting of post-conviction relief, the DHS promptly released Mr. Chambers from custody.

**LEGAL ARGUMENT**

Mr. Chambers is not removable from the United States. As a lawful permanent resident, he has only been convicted of one CIMT in 2014. After the grant of post-conviction relief, the conviction for eluding was vacated as was the drug conviction. All parties agree the conviction for possession of a firearm in violation of NJSA 2C:39-5b is not a firearm aggravated felony because the New Jersey statute is categorically overbroad.

Because Mr. Chambers is no longer removable from the United States, this Board must reopen removal proceedings and terminate removal proceedings so Mr. Chambers can resume his status as a lawful permanent resident.

Dated:  September 19, 2022                    /s/ Eric M. Mark

                                            Eric M. Mark, Esq.

3

004



Law Office of Eric M. Mark

201 Washington St.

Newark, NJ 07102

Fax:     973-309-7079

EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>Plaintiff<br><br>v.<br><br>CLOYD CHAMBERS,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY, LAW DIVISION,<br>CRIMINAL PART<br><br>Indictment No. 19-11-3167-I<br><br>CRIMINAL ACTION<br><br>ORDER |

THIS MATTER having been opened to the Court by Eric M. Mark, Esq., attorney for Defendant, Cloyd Chambers, on an application for post-conviction relief pursuant R. 3:22-1 et seq., and the State having been represented by Assistant Prosecutor Ruddy Adames, and the Court having considered the briefs, testimony, evidence, and arguments by the Defendant and the State, and for good cause shown;

IT IS ON THIS 22ᵗʰ DAY OF August , 20 22

ORDERED that Defendant's convictions for Count One-Eluding in violation of N.J.S.A. 2C:29-2b and Count Three-Possession of CDS with intent to distribute in violation of N.J.S.A. 2C:35-5a(1) dated September 2, 2020 in this Court are VACATED due to deficiencies based on substantive defects in the proceedings violative of the United States and New Jersey Constitutions, and

FURTHER ORDERED that Counts One and Three are dismissed, and

FURTHER ORDERED that Count Four-Possession of a Firearm in violation of N.J.S.A. 2C:39-5b remains in full force and effect because the conviction for this Count is unaffected by the substantive defects that required vacatur of Counts One and Three.

Consent as to form and substance:

_____

Eric M. Mark, Esq.
Attorney for Defendant
8/4/2022

A.P. Ruddy Adames
Attorney for the State of New Jersey
8/4/2022

Hon. _____ , J.S.C

Law Office of Eric M. Mark  Phone: 973-453-2009

201 Washington St.

Fax:    973-309-7079

Newark, NJ 07102

EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez (MarisolCH@EricMarkLaw.com)

**United States Department of Justice**

**Executive Office for Immigration Review**

**Board of Immigration Appeals**

|  |
|---|
| In the Matter of: |
| Cloyd Chambers |
| |
| IN REMOVAL PROCEEDINGS |

File No.:      A 203 147 667

Not Detained

CERTIFICATION OF SERVICE

I, Eric M. Mark, Esq., certify that on the date indicated below I served by eService a copy of this Motion to Reopen upon the Department of Homeland Security—Office of Chief Counsel in Elizabeth, New Jersey by e-Service.

Dated:  Sept. 17, 2022          /s/ Eric M. Mark

Eric M. Mark, Esq.

007

**United States Department of Justice**

**Executive Office for Immigration Review**

**Board of Immigration Appeals**

In the Matter of: Cloyd Chambers                    A Number 203 147 667

ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the respondent's Motion to Reopen, it is HEREBY ORDERED that the motion be ____ **GRANTED** _____ **DENIED** because:

- o    DHS does not oppose the motion

- o    A response to the motion has not been filed with the court

- o    Good cause has been established for the motion

- o    The court agrees with the reasons stated in the opposition motion

- o    The motion is untimely per _____

- o    Other:

Deadlines:

- o    The application for relief must be filed by _____

- o    The respondent must comply with DHS biometrics instructions by_____

Dated:                                        _____

                                                          Immigration Judge

Certificate of Service

This document was served by: ___ Mail ___ Personal Service

To: ___ Alien         ____ Alien c/o Custodial Officer    ___ Alien's Atty/Rep    ___ DHS

Date:        _____                By: Court Staff _____



Law Office of Eric M. Mark

201 Washington St.

Newark, NJ 07102

Phone: 973-453-2009

Fax:     973-309-7079

EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez (MarisolCH@EricMarkLaw.com)

**United States Department of Justice**

**Executive Office for Immigration Review**

**Board of Immigration Appeals**

| | |
|---|---|
| In the Matter of:<br><br>Cloyd Chambers<br><br><br>IN REMOVAL PROCEEDINGS | File No.:      A 203 147 667<br><br>Not Detained |

Next Hearing: None

MOTION TO TERMINATE



Law Office of Eric M. Mark          Phone: 973-453-2009

201 Washington St.                 Fax:    973-309-7079

Newark, NJ 07102                   EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez (MarisolCH@EricMarkLaw.com)

## United States Department of Justice

## Executive Office for Immigration Review

## Board of Immigration Appeals

| | |
|---|---|
| In the Matter of:<br><br>Cloyd Chambers<br><br><br>IN REMOVAL PROCEEDINGS | File No.:    A 203 147 667<br><br>Not Detained |

## MOTION TO TERMINATE

Mr. Chambers, by and through his attorney of record, Eric M. Mark, Esq., respectfully submits this Motion to Terminate the Respondent's case before this Court.

## JURISDICTION

This Court has proper jurisdiction of this Motion to Terminate because it is the court that entered the final removal order on December 13, 2021 and has administrative control over the record of proceeding. 8 C.F.R. § 1003.23(b)(1)(ii).

1

**RELIEF SOUGHT**

The purpose of this motion is for this Board to terminate proceedings based on the simultaneously submitted motion to reopen because the Respondent is no longer removable after his convictions for Possession of Controlled Substances in violation of NJSA 2C:35-5 and Eluding in violation of NJSA 2C:29-2 were vacated due to substantive defects in the underlying criminal proceedings.

**DISCUSSION**

Mr. Chambers was admitted to the US as a visitor on April 27, 2007. He became a lawful permanent resident on January 25, 2011. He was convicted of aggravated assault in violation of NJSA 2C:12-1b and related offenses on April 14, 2014. On December 2, 2020, he was convicted of Eluding in violation of NJSA 2C:29-2, possession of a controlled substance in violation of NJSA 2C:35-5, and possession of a firearm in violation of NJSA 2C:39-5b. On February 10, 2021, the DHS issued a Notice to Appear charging removability for convictions for two crimes involving moral turpitude. On May 31, 2021, the immigration judge pretermitted all submitted forms of relief and ordered Mr. Chambers removed. This Board dismissed Mr. Chambers's appeal on October 14, 2021.

Subsequenty, Mr. Chambers filed a Petition for Review at the Third Circuit Court of Appeals. Mr. Chambers also petitioned the Superior Court of New Jersey for Post-Conviction relief related to the December 2, 2020 convictions. The Third Circuit held the PFR in abeyance pending the outcome of the PCR. On August 22, 2022, the Superior Court granted Mr. Chambers's petition based on "substantive defects in the proceedings violative of the United States and New Jersey Constitutions." Exhibit A: Order Granting Post Conviction Relief.

2

3

Acknowledging that Mr. Chambers is no longer removable after the granting of post-conviction relief, the DHS promptly released Mr. Chambers from custody.

## LEGAL ARGUMENT

Mr. Chambers is not removable from the United States. As a lawful permanent resident, he has only been convicted of one CIMT in 2014. After the grant of post-conviction relief, the conviction for eluding was vacated as was the drug conviction. All parties agree the conviction for possession of a firearm in violation of NJSA 2C:39-5b is not a firearm aggravated felony because the New Jersey statute is categorically overbroad.

Because Mr. Chambers is no longer removable from the United States, this Board must terminate removal proceedings so Mr. Chambers can resume his status as a lawful permanent resident.

Dated:  September 19, 2022                              /s/ Eric M. Mark

                                                                     Eric M. Mark, Esq.

3



**Law Office of Eric M. Mark**

201 Washington St.

Newark, NJ 07102

AUG 2 2 2022

Mark S. Ali, P.J.

Phone: 973-453-2009

Fax:    973-309-7079

EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>Plaintiff<br><br>v.<br><br>CLOYD CHAMBERS,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY, LAW DIVISION,<br>CRIMINAL PART<br><br>Indictment No. 19-11-3167-I<br><br>CRIMINAL ACTION<br><br>ORDER |

THIS MATTER having been opened to the Court by Eric M. Mark, Esq., attorney for Defendant, Cloyd Chambers, on an application for post-conviction relief pursuant R. 3:22-1 et seq., and the State having been represented by Assistant Prosecutor Ruddy Adames, and the Court having considered the briefs, testimony, evidence, and arguments by the Defendant and the State, and for good cause shown;

IT IS ON THIS 22nd DAY OF August, 20 22

ORDERED that Defendant's convictions for Count One-Eluding in violation of N.J.S.A. 2C:29-2b and Count Three-Possession of CDS with intent to distribute in violation of N.J.S.A. 2C:35-5a(1) dated September 2, 2020 in this Court are VACATED due to deficiencies based on substantive defects in the proceedings violative of the United States and New Jersey Constitutions, and

FURTHER ORDERED that Counts One and Three are dismissed, and

005

FURTHER ORDERED that Count Four-Possession of a Firearm in violation of N.J.S.A. 2C:39-5b remains in full force and effect because the conviction for this Count is unaffected by the substantive defects that required vacatur of Counts One and Three.

Consent as to form and substance:

Eric M. Mark, Esq.
Attorney for Defendant
8/4/2022

A.P. Ruddy Adames
Attorney for the State of New Jersey
8/4/2022

Hon. _____, J.S.C

## Law Office of Eric M. Mark



201 Washington St.

Newark, NJ 07102

Phone: 973-453-2009

Fax:     973-309-7079

EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez (MarisolCH@EricMarkLaw.com)

**United States Department of Justice**

**Executive Office for Immigration Review**

**Board of Immigration Appeals**

| In the Matter of:<br><br>Cloyd Chambers<br><br><br>IN REMOVAL PROCEEDINGS | File No.:     A 203 147 667<br><br>Not Detained |
|---|---|

CERTIFICATION OF SERVICE

I, Eric M. Mark, Esq., certify that on the date indicated below I served by eService a copy of this Motion to Terminate upon the Department of Homeland Security—Office of Chief Counsel in Elizabeth, New Jersey by e-Service.

Dated:  Sept. 17, 2022

/s/ Eric M. Mark

Eric M. Mark, Esq.

**United States Department of Justice**

**Executive Office for Immigration Review**

**Board of Immigration Appeals**

In the Matter of: Cloyd Chambers                    A Number 203 147 667


ORDER OF THE IMMIGRATION JUDGE


Upon consideration of the respondent's Motion to Terminate, it is HEREBY ORDERED that the motion be ____ **GRANTED** _____ **DENIED** because:

- o   DHS does not oppose the motion

- o   A response to the motion has not been filed with the court

- o   Good cause has been established for the motion

- o   The court agrees with the reasons stated in the opposition motion

- o   The motion is untimely per _____

- o   Other:


Deadlines:

- o   The application for relief must be filed by _____

- o   The respondent must comply with DHS biometrics instructions by_____


Dated: ___                    _____

                                                    Immigration Judge


Certificate of Service

This document was served by: ___ Mail ___ Personal Service

To: ___ Alien          ____ Alien c/o Custodial Officer    ___ Alien's Atty/Rep    ___ DHS

Date:    _____                    By: Court Staff _____

 Gmail

Eric Mark <ericm@ericmarklaw.com>

---

## CLoyd Chambers Release

---

**Eric Mark** <ericm@ericmarklaw.com>                                    Fri, Feb 20, 2026 at 11:23 AM
To: "NJD, District-Affairs (USMS)" <District-Affairs.NJD@usdoj.gov>, Eric Mark <ericm@ericmarklaw.com>

Please confirm receipt of this email and his release.
Orders for release attached.

--
Eric Mark, Esq.
973-306-4246  Office
973-339-3404 Fax
EricM@EricMarkLaw.com
http://ericmarklaw.com
Read client reviews
Read more client reviews
Like me on Facebook: https://www.facebook.com/LawOfficeOfEricMMark

---

**2 attachments**

📄 **Doc 21 Order for Release.pdf**
214K

📄 **Doc 19 Order Dismiss.pdf**
1087K