

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*Michael Hardin*  *970 Broad Street, 7th floor*
*Assistant United States Attorney*  *Newark, New Jersey 07102*

February 20, 2026

The Honorable Evelyn Padin
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **United States v. Cloyd Chambers**
                **Crim. No. 26-72 (EP)**

Dear Judge Padin:

      I write to inform the Court that as of approximately 6:30 PM today, defendant Cloyd Chambers was released from Marshals custody at Essex County Correctional Facility into United States Immigration and Customs Enforcement custody. I am solely responsible for the delay in Mr. Chambers' release from Marshals custody. Very regrettably, it escaped my attention that the Court had ordered the Government to secure Mr. Chambers' release within 48 hours. It was only upon seeing the Court's February 20, 2026 text order directing the Government to explain why Mr. Chambers had not yet been released that I realized my mistake. I sincerely apologize to the Court, defense counsel, and to Mr. Chambers for not acting more expediently.

      However, to the extent defense counsel contends that the Court prohibited ICE from taking custody of Mr. Chambers after his release by the Marshals, that is based on a misreading of the Court's orders, as confirmed by the Court's most recent order holding that it did not have any basis to grant such relief. *See* ECF No. 21.

                                                        Respectfully submitted,

                                                         TODD BLANCHE
                                                         Deputy Attorney General

                                                         PHILIP W. LAMPARELLO
                                                        Senior Counsel

                              By:    */s/ Michael A. Hardin*
                                                        Michael A. Hardin
                                                        Assistant U.S. Attorney